

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00786-CR

Derek Jay **GRANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. CCL20922
Honorable Christopher G. Nevins, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 18, 2024.

_____
Rebeca C. Martinez, Chief Justice